IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SABRA ANN PORTWOOD,

     Appellant,

v.

RANDOLPH JOSEPH SHOAFF,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3735

_____/

Opinion filed February 26, 2015.

An appeal from the Circuit Court for Taylor County.
William W. Blue, Judge.

Rhonda Portwood of Law Office of Rhonda Portwood, P.L., Inverness, for
Appellant.

Donald R. Curtis III of Smith, Smith & Curtis, Attorneys at Law, P.A., Perry, for
Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.